**Adam Ford** (NYB #4115531)
Ford & Huff LC
228 Park Avenue South
New York, NY 10036
Telephone: (212) 287-5913
Email: adam.ford@fordhufflaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN GANNON, et al.<br><br>                              Plaintiff,<br><br>           vs.<br><br>37 ESSEX STREET CORP., DELANCEY WINE INC., et al.<br><br>                              Defendants. | **CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES AND FIRST DISCOVERY REQUESTS TO DEFENDANTS**<br><br>Case No. 1:22-cv-771<br><br>Judge Lewis J. Liman |

        I, the undersigned, certify that on the 14th day of July 2022, I caused a true and correct

copy of INITIAL DISCLOSURES AND FIRST DISCOVERY REQUESTS to be served as

listed below:

        37 ESSEX STREET CORP. and DELANCEY WINE INC.
        Peter A. Axelrod, Esq.
        Via Email: paxelrod@afdny.com

DATED the 14th day of July 2022.

                                        Ford & Huff LC

                                        /s/ Adam D. Ford
                                        Adam D. Ford (NYB #4115531)
                                        Ford & Huff LC
                                        228 Park Avenue South
                                        New York, NY 10036
                                        Telephone: (212) 287-5913
                                        Email: adam.ford@fordhufflaw.com
                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 14th day of July 2022, I caused a true and correct copy of the foregoing CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES AND FIRST DISCOVERY REQUESTS to be filed with the Court electronically via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Adam D. Ford_____