UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STEPHEN GANNON,

                                         **Plaintiff,**                                  22-CV-00771 (LJL) (SN)

                -against-                                              **ORDER**

37 ESSEX STREET CORP., et al.,

                                         **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On September 29, 2022, the Honorable Lewis J. Liman assigned this matter to my docket for settlement. By October 11, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                       _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:      October 3, 2022
                   New York, New York

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 10/3/2022*